BISHOP v. WHITCOMB. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Bennett Bishop against James A. Whitcomb. No opinion. Motion granted. Settle order on notice. See, also, 139 N. Y. Supp. 1116.

BISHOP v. WHITCOMB. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Bennett Bishop against James A. Whitcomb. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1117.

BISTANY, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Khalil A. Bistany against James C. Fargo, as president of the American Express Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to the appellant to abide event, unless the plaintiff shall within 20 days stipulate to reduce the verdict to the sum of $897, with interest thereon from the 15th day of July, 1908, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. *Held*, that there was no sufficient evidence to warrant the submission to the jury of the question of defendant's liability in respect to the three unbroken barrels. See, also, 149 App. Div. 929, 134 N. Y. Supp. 207.

KRUSE, J., dissents, and votes for reversal.

BLACK et al., Appellants, v. MANUFACTURERS' COMMERCIAL CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by George M. Black and another against the Manufacturers' Commercial Company. H. Barry, of New York City, for appellants. E. L. Adams, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on Richards v. Wiener Co., 145 App. Div. 353, 129 N. Y. Supp. 951. Order filed.

BOHRINGER, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Leonhard Bohringer, as administrator, etc., against Samuel O. Campbell.

PER CURIAM. The former decision in this case (137 N. Y. Supp. 241) was not dependent upon the fact to which the learned counsel for defendant directs our attention. Judgment and order unanimously affirmed on reargument, with costs. See, also, 137 N. Y. Supp. 1111.

BONART, Respondent, v. THORN, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Abraham H. Bonart against Max Thorn. H. R. Limburg, of New York City, for appellant. C. Goldzier, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BON TON TAILORING CO. v. CHAMPION LAUNDRY. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Bon Ton Tailoring Company against the Champion Laundry. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

BOTTEGA, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Vincent Bottega against Peter C. Campbell. No opinion. Motion denied, with $10 costs. See, also, 138 N. Y. Supp. 1108.

BOYNTON et al., Respondents, v. TROY AUTOMOBILE EXCHANGE, Inc., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Kellogg Boynton and another against the Troy Automobile Exchange, Incorporated. No opinion. Order affirmed, with $10 costs and disbursements.

BOZOVSKY, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Vacil D. Bozovsky against the Buffalo & Lake Erie Traction Company. No opinion. Motion for reargument (of 138 N. Y. Supp. 1108) denied, without costs. Motion for leave to appeal to Court of Appeals granted.

BRAKER, Respondent, v. NEW YORK FINANCE CO., Appellant, et al. (Supreme Court, Appellate Division. First Department. February 7, 1913.) Action by Conrad M. Braker against the New York Finance Company, impleaded with others. A. L. Carter, of New York City, for appellant. S. A. Crummey, of New York City, for respondent. No opinion. Motion to dismiss appeal denied, without costs. Judgment affirmed, with costs. Orders filed. See, also, 138 N. Y. Supp. 1108.

BRAUN, Appellant, v. BUFFALO GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by Charles Braun, as administrator, etc., against the Buffalo General Electric Company. No opinion. Judgment and order affirmed, with costs. See, also, 134 App. Div. 910, 118 N. Y. Supp. 1096.

BROADWAY IMPROVEMENT CO. v. HARRIS et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Broadway Improvement Company against Simon D. Harris and others. No opin-